IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.A.L.C., | CASE NO. 1:25-CV-1917-KES-CDB |
| Petitioner, | [proposed] ORDER |
| v. | (Doc. 20) |
| MINGA WOFFORD, ET AL., | |
| Defendants. | |

The matter comes before the Court on the parties' stipulation for Respondents to have an additional 30 days, or until June 3, 2026, to respond to Petitioner's Motion for Attorneys' Fees and Expenses (ECF 18).

For good cause shown through the parties' stipulated representations (Doc. 20), it is HEREBY ORDERED that Respondents' response to Petitioner's Motion for Attorneys' Fees and Expenses (ECF 18) shall be filed on or before June 3, 2026.

IT IS SO ORDERED.

Dated: April 30, 2026

_____
HONORABLE CHRISTOPHER D. BAKER
UNITED STATES MAGISTRATE JUDGE